IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SARAH PARKER**                                                                                                          **PLAINTIFF**

**v.**                                          **Case No. 4:11-cv-0689-KGB**

**BHC PINNACLE POINTE HOSPITAL, INC.**
**d/b/a/ PINNACLE POINT BEHAVORIAL**
**HEALTHCARE SYSTEM d/b/a THE POINTE**
**OUTPATIENT BEHAVORIAL HEALTH SYSTEMS;**
**AND CHAD CORNELIUS**                                                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on January 4, 2013, it is considered, ordered, and adjudged that this case be, and is hereby, dismissed with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 4th day of January, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE